UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**STACY GREFE,**

    Plaintiff,

v.     Case No: 5:23-cv-265-TJC-PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## ORDER

In this action, Plaintiff has filed a petition for writ of mandamus seeking to compel the Commissioner of Social Security to pay Plaintiff's past-due Social Security Disability Benefits. (Doc. 1). On April 11, 2022, the Commissioner issued a Notice of Award, awarding Plaintiff past due benefits beginning in July 2003. (Doc. 4-1). The Notice advised that Plaintiff's past due benefits would be withheld pending a determination as to whether she received SSI benefits for this period. Now one year later, Plaintiff still has not received her past due benefits. Accordingly, on or before **June 6, 2023**, the Commissioner shall advise the Court why Plaintiff's petition for writ of mandamus should not be granted.

**DONE** and **ORDERED** in Ocala, Florida on May 9, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties